**DENY; and Opinion Filed July 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00585-CV

### IN RE AMERICAN PIPING PRODUCTS, INC., Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13662**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to set aside its order denying relator's special appearance and instead dismiss the claims against relator. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relator has failed to establish its right to mandamus relief. We deny the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150585F.P05